# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00094-CV

**Athens Gate Limited, Appellant**

**v.**

**Carolyn Baldwin, Individually and a/n/f Her Minor Child, J. D. B., Jr., Appellee**

### FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-19-008164, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Athens Gate Limited has filed an unopposed motion to dismiss this cause. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Baker and Smith

Dismissed on Appellant's Motion

Filed: June 30, 2021